**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Kevin Michael Robie</u>

   v.                                             Civil No. 13-cv-97-JD

<u>United States Social Security Administration</u>
<u>Acting Commissioner</u>

### O R D E R

Pro se claimant Kevin Michael Robie has filed an action challenging an adverse decision of the Social Security Administration ("SSA"), pursuant to 42 U.S.C. § 405(g).  Because Robie is proceeding pro se and in forma pauperis, the matter is before the court for preliminary review.  <u>See</u> 28 U.S.C. § 1915(e)(2); United States District Court District of New Hampshire Local Rule ("LR") 4.3(d)(1)(B).

<u>Discussion</u>

Robie is seeking judicial review of an adverse SSA decision.  Robie has demonstrated that he filed this action within sixty days of receiving a final decision of the SSA Commissioner on his claim.  <u>See</u> 42 U.S.C. § 405(g) (establishing 60-day time limit for seeking judicial review).  Accordingly, the matter may proceed at this time.

Conclusion

The complaint (doc. no. 1) shall be served upon defendant. See Fed. R. Civ. P. 4(c)(3). The clerk's office is directed to complete and issue the necessary summonses to (1) the United States Attorney for the District of New Hampshire; (2) the Attorney General of the United States; (3) Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, and (4) the Office of the Regional Chief Counsel, Region 1, Social Security Administration, and then forward to those entities, by certified mail, return receipt requested, the summonses, along with a copy of the complaint (doc. no. 1), and this order. See Fed. R. Civ. P. 4(i)(2); see also 20 C.F.R. § 423.1(a).

Defendant is instructed to answer or otherwise plead within 60 days of service, see Fed. R. Civ. P. 12(a)(2), and to file the certified administrative record, in accordance with 42 U.S.C. § 405(g) and LR 9.1.

The parties shall comply with all applicable rules thereafter, including LR 9.1, concerning social security cases filed in this court.

Robie is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the defendant by delivering or mailing the materials to

defendant or defendant's attorney(s), pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

March 7, 2013

cc: Kevin Michael Robie, pro se

LBM:nmd